IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION ) FILE NO. |
| DANIEL MILLER, GAYTRI CRUPA, INC. KEDARNATH 81, LLC, LALBHAI C. PATEL, SHANTA L. PATEL, DINESH L. PATEL, HETALBEN PATEL; JANAISHA BYRD, AND ASHLEY PINKARD, | ) 2:22-cv-00124-LGW-BWC ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Auto-Owners Insurance Company, Defendant Daniel Miller, and Defendant Ashley Pinkard, by and through their counsel of record, and show that Defendant Miller has dismissed with prejudice his claims against Defendant Pinkard with prejudice in the underlying lawsuit, Civil Action No. STCV2022000047, pending in the State Court of Wayne County. Said claims against Defendant Pinkard in the underlying lawsuit formed the basis of this Declaratory Judgment Action. Accordingly, the parties stipulate pursuant to Rule 41(a) (1)(A)(ii), Fed. R. Civ. P. and Rule 41.2, S.D. Ga., that Plaintiff's claims against Defendants in the above-styled action be dismissed with prejudice, with each party to bear its own fees and costs. The parties hereby authorize and direct

the clerk of court, pursuant to Rule 41.2, S.D. Ga., to mark the above-styled action as "dismissed with prejudice" upon the docketing records of the Court.

This 21st day of September, 2023.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS

/s/ Melissa K. Kahren
Mark T. Dietrichs
Georgia Bar No. 221722
Melissa Kahren
Georgia Bar No. 527406
*Attorneys for Auto-Owners Insurance Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3231
Office: (404) 874-8800
Fax: (404) 888-6199
mark.dietrchs@swiftcurrie.com
melissa.kahren@swiftcurrie.com

Consented to by:

BROWN, READDICK, BUMGARTNER,CARTER, STRICKLAND & WATKINS, LLP

/s/ Bradley J. Watkins
Bradley J. Watkins
Georgia Bar No. 740299
*(Signed with Express Permission by Melissa Kahren)*
*Attorney for Defendant Ashley Pinkard*

5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521

Office: (912) 264-8544
Fax: (912) 264-9667
bwatkins@brbcsw.com

        KARSMAN, McKENZIE & HART

        */s/ C. Dorian Britt*
        Jeremy S. McKenzie
        Georgia Bar No. 436655
        C. Dorian Britt
        Georgia Bar No. 083259
        *(Signed with Express Permission by Melissa Kahren)*
        *Attorneys for Defendant Daniel Miller*

21 West Park Avenue
Savannah, Georgia 31401
(912) 335-4977 Telephone
(912) 388-2503 Facsimile
jeremy@kmtrial.com
dorian@kmtrial.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 21, 2023, I electronically filed the foregoing *STIPULATION FOR DISMISSAL* with the Clerk of Court via the CM/ECF e-filing system, which will automatically send e-mail notification and service of such filing to counsel of record as follows:

| | |
|---|---|
| Bradley J. Watkins, Esq.<br>Brown, Readdick, Bumgartner,<br>Carter, Strickland & Watkins, LLP<br>bwatkins@brbcsw.com<br>*Attorney for Ashley Pinkard* | Jeremy S. McKenzie, Esq.<br>C. Dorian Britt, Esq.<br>Karsman, McKenzie & Hart<br>jeremy@kmtrial.com<br>dorian@kmtrial.com<br>*Attorneys for Defendant Daniel Miller* |

and by mailing via First-Class U.S. Mail, postage prepaid, to the following:

Janaisha Byrd
102 Clearwater Drive
Jesup, Georgia 31545

SWIFT, CURRIE, McGHEE & HIERS

*/s/ Melissa K. Kahren*
Mark T. Dietrichs
Georgia Bar No. 221722
Melissa Kahren
Georgia Bar No. 527406
*Attorneys for Auto-Owners Insurance Company*

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3231
Office: (404) 874-8800
Fax: (404) 888-6199
mark.dietrchs@swiftcurrie.com
melissa.kahren@swiftcurrie.com

4885-5508-7232, v. 1